## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| JANIE DIGGS, Individually and as Guardian *ad Litem* for PATRICIA DIGGS and PATRICIA DIGGS, | ) ) ) ) | CASE NO.: 3:09-cv-02091-JFA |
| PLAINTIFFS, | ) ) | |
| -vs- | : ) | VOLUNTARY NON-SUIT WITH PREJUDICE AS TO |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC) and ROBERT S. MERRILL AND ASSOCIATES, | ) ) ) ) ) | PLAINTIFF JANIE DIGGS AS GUARDIAN *AD LITEM* OF PATRICIA HARRELL DIGGS AND PATRICIA HARRELL DIGGS |
| DEFENDANTS. | ) ) ) | |

It appears that the parties hereto, through their respective counsel, agree that the beneficiary of the insurance policies in question is the Plaintiff Janie Diggs, individually and it is therefore appropriate that a voluntary non-suit with prejudice be taken as to Janie Diggs as Guardian *ad Litem* for Patricia Harrell Diggs, it is hereby **ORDERED** that Janie Diggs as Guardian *ad Litem* for Patricia Harrell Diggs and Patricia Harrell Diggs be dismissed as Plaintiffs' in the above-captioned case and that a voluntary non-suit with prejudice as to these Plaintiffs be granted.

IT IS SO ORERED.

*[signature: Joseph F. Anderson Jr.]*

Columbia, South Carolina  
**December 15, 2010**

_____  
Joseph F. Anderson, Jr.  
**United States District Judge**

**I SO MOVE:**                                         **I CONSENT:**

*s/Gary W. Popwell, Jr.*                              *s/Michael B. McCall*
GARY W. POPWELL, JR.                                  MICHAEL B. MCCALL
Attorney for the Plaintiffs                           Attorney for Defendants